UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KABIR, MAHABUBAL § Case No. 11-06955
§
Debtor(s) §

AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 s. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/20/2013 in Courtroom 4016,
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2013            By: CLERK OF THE COURT


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
KABIR, MAHABUBAL § Case No. 11-06955
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 6,932.46 |
| leaving a balance on hand of[1] | $ | 43,067.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 6,825.80 | $ 6,825.80 | $ 0.00 |
| Other: Gregory J. Buecke | $ 1,576.00 | $ 0.00 | $ 1,576.00 |
| Other: Alan D. Lasko & Associates, P.C. | $ 37.61 | $ 37.61 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,326.00 |
| Remaining Balance | $ 35,741.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 375,961.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 17,774.82 | $ 0.00 | $ 1,689.80 |
| 2 | Discover Bank | $ 12,368.53 | $ 0.00 | $ 1,175.84 |
| 3 | American Infosource LP as agent for | $ 7,656.31 | $ 0.00 | $ 727.86 |
| 4 | Benglas, Inc. | $ 165,000.00 | $ 0.00 | $ 15,686.06 |
| 5 | Sacor Financial Inc. | $ 79,011.71 | $ 0.00 | $ 7,511.41 |
| 6 | Michael P. Mazza LLC | $ 94,150.16 | $ 0.00 | $ 8,950.57 |

Total to be paid to timely general unsecured creditors          $          35,741.54

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
              Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                 Case No. 11-06955-DRC
Mahabubal Kabir                                                        Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt                 Page 1 of 2                  Date Rcvd: Oct 30, 2013
                              Form ID: pdf006               Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2013.
db           +Mahabubal Kabir,    627 Conestoga Road,    Naperville, IL 60563-2492
aty          +Richard L Hirsch,    1500 Eisenhower lane #800,    Lisle, IL 60532-2135
17884686    #+All About Kids,    100 Spalding Dr,    Naperville, IL 60540-6552
17884688     +BR Fashion Wear,    571 Water Works Rd,    Narayanganj Bangladesh
20615903    #+Baker Miller,    29 N Wacker Dr 5th Floor,    Chicago, IL 60606-3227
17884692     +Bank of America,    PO Box 15019,   Wilmington, DE 19850-5019
18635321     +Beacon Texile Unit 2,    c/o: Amy Paluch Epton Whitefield,    111 East Wacker Dr Ste 2600,
               Chicago, IL 60601-4208
17884687     +Bengals Inc,    3714 E State St,   Rockford, IL 61108-1918
19697785     +Bengals, Inc.,    % George P. Hampilos, Esq.,    Hampilos & Langley, Ltd.,
               308 West State Street #210,    Rockford, IL 61101-1140
17884676     +Chase Bank,    PO Box 15296,   Wilmington, DE 19850-5296
17884676      Christopher Taylor,    Rockford, IL 61101
17884694     +Citi Bank,    100 Citibank Drive,   San Antonio, T 78245-3202
17884680     +Dish Network,    Dept 0063,   Palatine, IL 60055-0001
17884695      Edward Hospital,    801 S Washington Ave,    Naperville, IL 60563
17884682     +FFCC Columbus Inc,    Po Box 20790,   Columbus, OH 43220-0790
18635322     +Jane H Park,    Mirae Law,   2800 S river Rd Ste 170,    Des Plaines, IL 60018-6012
17884685     +Lakeside Family,    1315 Macon Dr,   Naperville, IL 60564-9361
19770075     +MBNA,   Sacor Financial Inc,    1911 Douglas Blvd 85-205,    Roseville, CA 95661-3811
17884679     +Macy’s,   Po Box 9475,    Minneapolis, MN 55440-9475
18635318     +Merchants Cr,    223 W Jackson Blvd Ste 400,    Chicago, IL 60606-6974
17884693     +Michael Mazza,    686 Crescent Blvd,    Glen Ellyn, IL 60137-4281
19923734      Michael P. Mazza, LLC,    686 Crescent Boulevard,    Glen Ellyn, IL 60137-4281
17884678     +Naperville Community School,    1300 Mill St,    Naperville, IL 60563-6301
17884681     +Naperville Radiologists,    801 S Washington St,    Naperville, IL 60540-7430
17884684     +Nars,   Po Box 701,    Chesterfield, MO 63006-0701
17884696     +National Credit,    327 W 4th Ave,   Hutchinson, KS 67501-4842
18635316     +Norstates BK,    1601 N Lewis Ave,   Waukegan, IL 60085-1761
18635313    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio RC,      PO Bo 41067,    Norfolk, VA 23541)
17884691     +Pallsades Collection,    200 South Executive Dr,    Brookfield, WI 53005-4216
17884689      Panaroma Fashion Wear,    141 Mirpara,    Narayanganj, Bangladesh
17884683     +Quest Disgnostics,    Po Box 809043,    Chicago, IL 60680-9043
20615905     +Reed Centrachio LLC,    75 E Wacker Dr 4th Floor,    Chicago, IL 60601-3756
20615908     +Roanoke Agency,    Attn: Mike Laffaldano,    1475 Woodfield Road #500,    Scaumburg, IL 60173-4903
20615907      US Customs and Border Protection,     PO Box 530071,   Atlanta, GA 30353-0071
20615909     +US Customs and Border Protection,     Bank of America - Lock Box 530071,    1075 Loop Road,
               Atlanta, GA 30337-6003
18635314     +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
20615910     +Washington Int’l Insurance Company,     c/o: Roanoke Claims SVC,    Attn: RYSZ,
               1475 Woodfield, Rd #500,    Scaumburg, IL 60173-4903
19386972     +William Fox,    PO Box 5421,   Rockford, IL 61125-0421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19637447      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2013 00:48:21
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK   73126-8941
17884690      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49     Discover Card,    Po Box 30943,
               Salt Lake City, UT 84130
19627290      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18635319     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49     Discover Fin,
               Attention Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
18635317     +E-mail/Text: bknotice@erccollections.com Oct 31 2013 00:45:34     Enchanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17884677     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2013 00:45:21     Midland Credit MGMT,    8875 Aero Dr,
               San Diego, CA 92123-2255
20615904     +E-mail/Text: bkcy@sacor.net Oct 31 2013 00:46:06     National Credit Acceptance Inc,
               1731 Howe Ave 324,    Sacremento, CA 95825-2209
18635315     +E-mail/Text: bankrup@aglresources.com Oct 31 2013 00:39:17     Nicor Gas,
               Attention: Bankruptcy Dept,    PO Box 190,    Aurora, IL 60507-0190
20615906     +E-mail/Text: jas@arthuradler.com Oct 31 2013 00:45:42     Palisades Collection LLC,
               c/o" Adler & Associates,    25 E Washington #500,    Chicago, IL 60602-1703
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18635320    ##+American Home Mortgage Services,    PO Box 905,   Columbia, MD 21044-0905
                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 2              Date Rcvd: Oct 30, 2013
                               Form ID: pdf006           Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2013 at the address(es) listed below:
```
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              George P Hampilos    on behalf of Plaintiff    Bengals Inc. georgehamp@aol.com,
               kris@hampilos-langley.com
              George P Hampilos    on behalf of Creditor    Bengals, Inc. georgehamp@aol.com,
               kris@hampilos-langley.com
              Gregory   Gueche    on behalf of Attorney Gregory John Bueche gbueche7035@wowway.com
              Gregory   Gueche    on behalf of Petitioning Creditor    Michael P. Mazza, LLC gbueche7035@wowway.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Richard L Hirsh     on behalf of Defendant Mahabubal  Kabir richala@sbcglobal.net
              Richard L Hirsh     on behalf of Debtor Mahabubal  Kabir richala@sbcglobal.net
                                                                                            TOTAL: 9
```