# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
KABIR, MAHABUBAL § Case No. 11-06955
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| BUECKE, GREGORY J. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mortgage Services P.O. Box 905 Columbia, MD 21044 | | | | | |
| | B.R. Fashion Wear Amy Paluch Epton/Whitfield McGann 111 East Wacker Drive/Suite 2600 Chicago, IL 60601 | | | | | |
| | Bank Of America P.O. Box 1598 Norfolk, VA 23501 | | | | | |
| | Beacon Textile - Unit 2 c/o Amy Paluch Epton/Whitfield, McG 111 East Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |
| | Beacon Textile Unit - 2 c/o Amy Paluch Epton/Whitfield, McG 111 East Wacker Drive Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Attention: Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Jane H. Park Mirae Law 2800 South River Road, Suite 170 Des Plaines, IL 60018 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Norstates Bk 1601 North Lewis Avenue Waukegan, IL 60085 | | | | | |
| | Norstates Bk 1601 North Lewis Avenue Waukegan, IL 60085 | | | | | |
| | Panorama Fashion Wear c/o Amy Paluch Epton/Whitfield, McG 111 East Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| | Unique National Collec 119 E Maple St Jeffersonville, IN 47130 | | | | | |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 4 | BENGLAS, INC. | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 6 | MICHAEL P. MAZZA LLC | | | | | |
| 5 | SACOR FINANCIAL INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |  | |
|---|---|---|---|
| Case No: | 11-06955 | Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | KABIR, MAHABUBAL | | Date Filed (f) or Converted (c): 02/22/11 (f) |
| | | | 341(a) Meeting Date: 03/20/12 |
| For Period Ending: 02/20/14 | | | Claims Bar Date: 01/24/13 |

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 2. MISCELLANEOUS HOUSEHOLD GOODS LOCATION: 2240 PARME | 500.00 | 0.00 | | 0.00 | FA |
| 3. MISCELLANEOUS WEARING APPAREL FOR TWO ADULTS | 500.00 | 0.00 | | 0.00 | FA |
| 4. 401(K) SARGENT & LUNDY | 22,000.00 | 0.00 | | 0.00 | FA |
| 5. BENGALS INC. (33.3% INTEREST) (TOTAL POTENTIAL CL | 800,000.00 | 800,000.00 | | 50,000.00 | FA |
| 6. JK GROUP LTD. 100% SHAREHOLDER | 0.00 | 0.00 | | 0.00 | FA |
| 7. LAW SUIT MAHABUBUL KABIR V. BENGALS, INC. D/B/A RO | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1996 JEEP CHEROKEE | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. CELL PHONE | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $824,200.00 | $800,000.00 | | $50,000.00 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR has been submitted to UST

Initial Projected Date of Final Report (TFR): 12/30/13    Current Projected Date of Final Report (TFR): 12/30/13

LFORM1
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.05

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-06955 -CAS |
| Case Name: | KABIR, MAHABUBAL |
| Taxpayer ID No: | *******6975 |
| For Period Ending: | 02/20/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1590 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/13 | 5 | Mahmood Chowdhury | debtor's interest in Bengals | 1149-000 | 50,000.00 | | 50,000.00 |
| 07/03/13 | 010001 | Alan D. Lasko & Associates. P.C | accounting fees | 3410-000 | | 6,825.80 | 43,174.20 |
| 07/03/13 | 010002 | Alan D. Lasko & Associates P.C. | accountants expenses | 3420-000 | | 37.61 | 43,136.59 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.05 | 43,067.54 |
| 12/18/13 | 010003 | BRENDA PORTER HELMS, TRUSTEE<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Chapter 7 Compensation/Fees | 2100-000 | | 5,750.00 | 37,317.54 |
| 12/18/13 | 010004 | Gregory J. Buecke<br>27475 Ferry Road<br>Warrenville IL 60555 | Other Chapter 7 Administrative Expe | 2990-000 | | 1,576.00 | 35,741.54 |
| 12/18/13 | 010005 | Discover Bank<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany OH 43054 | Claim 1, Payment 9.50671% | 7100-000 | | 1,689.80 | 34,051.74 |
| 12/18/13 | 010006 | Discover Bank | Claim 2, Payment 9.50671% | 7100-000 | | 1,175.84 | 32,875.90 |
| 12/18/13 | 010007 | American Infosource LP as agent for<br>Midland Funding LLC<br>P.O. Box 268941<br>Oklahoma City OK 73126 | Claim 3, Payment 9.50667% | 7100-000 | | 727.86 | 32,148.04 |
| 12/18/13 | 010008 | Benglas, Inc.<br>c/o George Hampilos<br>Hampilos & Langley<br>308 W. State St. #210<br>Rockford IL 61101 | Claim 4, Payment 9.50670% | 7100-000 | | 15,686.06 | 16,461.98 |
| 12/18/13 | 010009 | Sacor Financial Inc.<br>1911 Douglas Blvd 85-205<br>Roseville CA 95661 | Claim 5, Payment 9.50670% | 7100-000 | | 7,511.41 | 8,950.57 |
| 12/18/13 | 010010 | Michael P. Mazza LLC | Claim 6, Payment 9.50670% | 7100-000 | | 8,950.57 | 0.00 |
| | | | Page Subtotals | | 50,000.00 | 50,000.00 | |

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-06955 -CAS |
| Case Name: | KABIR, MAHABUBAL |
| Taxpayer ID No: | *******6975 |
| For Period Ending: | 02/20/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1590  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 686 Cresecent Blvd<br>Glen Ellyn IL 60137 | | | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 50,000.00 | 50,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,000.00 | 50,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 50,000.00 | 50,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********1590) | 50,000.00 | 50,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 50,000.00 | 50,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE   Date: 02/20/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals   0.00   0.00

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*